# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134324(33)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 134324
                              COA: 275246
                              Washtenaw CC: 06-000540-AR
                              15th DC: DR5-04-507-SM

OLA-TOKUMBO UNGER,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

p1119